E. MARTIN ESTRADA  
Acting United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
GERALYN GULSETH, CSBN 160872  
Special Assistant United States Attorney  
    Office of Program Litigation, Office 7  
    Office of the General Counsel  
    Social Security Administration  
    6401 Security Boulevard  
    Baltimore, MD 21235  
    Tel: (415) 609-7296  
    Fax: (415) 744-0134  
    E-mail: Geralyn.Gulseth@ssa.gov  

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

| | |
|---|---|
| MARGARET FOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-07675-KES<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

1  The Court having approved the parties' Stipulation to Remand for Further
2  Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of
3  Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
4  the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**
5  **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
6  Commissioner of Social Security for further proceedings consistent with the
7  Stipulation to Remand.

DATED: June 20, 2023      _____
                                             HON. KAREN E. SCOTT
                                             UNITED STATES MAGISTRATE JUDGE