UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARGARET FOSTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. 2:22-cv-07675-KES<br><br>[~~PROPOSED~~] ORDER TO AMEND ORDER AWARDING FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　Having approved the parties' joint stipulation to amend its order granting Plaintiff's motion for an award of attorneys' fees and costs dated September 5, 2023, (Dkt. 22), THE COURT AMENDS its prior order and ORDERS that Plaintiff is awarded costs in the amount of FOUR-HUNDRED TWO DOLLARS and NO CENTS ($402.00), as authorized by 28 U.S.C. § 2412(a), pursuant to 28 U.S.C. § 1920.

　　Plaintiff's prior award of $5,900.00 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), remains unchanged.

Date: December 27, 2023

　　　　　　　　　　　　　　　／s／ Karen E. Scott
　　　　　　　　　　　　　　　HON. KAREN E. SCOTT
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE